OPINION — AG — **** COURT CLERK — CERTIFICATION FEE — WELFARE DEPARTMENT **** A COURT CLERK MAY NOT CHARGE THE DEPARTMENT OF PUBLIC WELFARE A FEE FOR CERTIFYING COPIES OF COURT ORDERS AND DIVORCE DECREES WHEN THE DEPARTMENT REQUESTS SUCH CERTIFICATION PURSUANT TO THE AUTHORITY GRANTED TO IT IN 56 O.S. 1968 Supp., 233-236 [56-233] — [56-236]. CITE: ARTICLE XXV, SECTION 2 GLENN E. RICKS